DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD DAVID MITCHELL,**
Appellant,

v.

**JOHN H. MITCHELL,**
Appellee.

No. 4D16-4029

[October 26, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Patti Englander Henning, Judge; L.T. Case No. 16-005988 (08).

Claire Cubbin, Fort Lauderdale, for appellant.

Jerome L. Tepps of Jerome L. Tepps, P.A., Sunrise, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and BELANGER, ROBERT E., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***